IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION
CASE NO. 1:13-CV-703

| | |
|---|---|
| JAMES MAHONEY,<br><br>    Plaintiff,<br><br>v.<br><br>MORTGAGE INVESTORS CORPORATION OF OHIO, also doing business as MORTGAGE INVESTORS CORPORATION,<br><br>    Defendant. | NOTICE OF REMOVAL |

**TO THE CLERK OF COURT:**

Defendant Mortgage Investors Corporation ("MIC"), through its undersigned counsel, hereby removes this action from the General Court of Justice, Superior Court Division, Guilford County, North Carolina, to the United States District Court, Middle District, Greensboro Division, pursuant to 28 U.S.C. §§ 1331, 1332, 1441, and 1446. In support thereof, MIC states as follows:

1. On or about July 26, 2013, Plaintiff filed this action in the General Court of Justice, Superior Court Division, Guilford County, North Carolina, Case No. 13-CVS-7338. True and correct copies of all process, pleadings, and orders filed to date in the State Court Action are attached hereto as <u>Exhibit 1 and Exhibit 2</u>. No other process, pleadings, or orders have been served upon Defendants to date in this case. Trial has not commenced in this case.

2. The Complaint was served on MIC on July 29, 2013.

3. This Notice of Removal is filed within thirty days after service of process on MIC and it is therefore timely under 28 U.S.C. § 1446(b).

4. The General Court of Justice, Superior Court Division, Guilford County, is located within the Middle District of North Carolina, Greensboro Division, and venue is therefore proper under 28 U.S.C. § 1441(a).

5. This action is properly removable under 28 U.S.C. § 1441 because Plaintiff has asserted claims based on alleged violations of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227(c) and one of its implementing federal regulations, 47 C.F.R. § 64.1200(d). Compl. ¶¶ 30-35. The United States Supreme Court has held that claims brought under the TCPA, a federal statute, "plainly 'aris[e] under' the 'laws of the United States'" for purposes of federal question jurisdiction and, therefore, this Court would have original jurisdiction over this action pursuant to 28 U.S.C. § 1331. *Mims v. Arrow Fin. Servs., LLC*, 132 S. Ct 740, 748 (2012). Accordingly, removal of this action is proper under 28 U.S.C. §§ 1441 and 1446.

6. This Court also has supplemental jurisdiction over Plaintiff's state-law claims pursuant to 28 U.S.C. § 1367, because those claims are based on the same factual allegations as Plaintiff's federal claims and, therefore, they form part of the same case or controversy.

7. The Complaint includes a demand for jury trial.

8. Pursuant to 28 U.S.C. § 1446(d), MIC will file a copy of this Notice of Removal with the General Court of Justice, Superior Court Division, Guilford County,

North Carolina, and will serve a copy of this Notice of Removal on Plaintiff through his counsel.

WHEREFORE, pursuant to 28 U.S.C. §§ 1331, 1332, 1441, and 1446, defendant Mortgage Investors Corporation hereby removes this lawsuit from the General Court of Justice, Superior Court Division, Guilford County, North Carolina, to the United States District Court, Middle District, Greensboro Division.

Dated: August 27, 2013

s/ Heyward H. Bouknight III
Heyward H. Bouknight III
N.C. State Bar No. 32589
hbouknight@rbh.com

Robinson, Bradshaw & Hinson, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina  28246
(704) 377-2536
Facsimile:  (704) 378-4000

Attorneys for Defendant

*Of Counsel (Electronic Filing Registration pending and Notices of Appearance to be filed to appear as Special Appearance Counsel pursuant to Local Rule 83.1):*

Lesli C. Esposito
lesli.esposito@dlapiper.com
John D. Huh
john.huh@dlapiper.com
DLA Piper
One Liberty Place
1650 Market Street
Suite 4900
Philadelphia, Pennsylvania  19103-7300
(215) 656-3300
Facsimile:  (215) 656-3301

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing using the CM/ECF system, and I additionally served the foregoing upon each of the parties to this action via United States mail, first class postage prepaid, addressed as follows:

>John T. O'Neal
>O'Neal Law Office
>7 Battleground Court
>Suite 212
>Greensboro, North Carolina  27408
>oneallaw@triadbiz.rr.com
>
>*Counsel for Plaintiff*

This 27th day of August, 2013.

s/ Heyward H. Bouknight III
Heyward H. Bouknight III
