IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | |
|---|---|
| JAMES MAHONEY, ) | |
| ) | Case No. 1:13-cv-00703 |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| MORTGAGE INVESTORS ) | |
| CORPORATION OF OHIO also doing ) | |
| business as MORTGAGE INVESTORS ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Plaintiff and his counsel hereby give notice that this action is voluntarily dismissed with prejudice against the Defendant. The parties shall bear their respective costs.

This the 25th day of November, 2013.

/s/ John T. O'Neal
John T. O'Neal--O'Neal Law Office
Attorney for Plaintiff
N.C. State Bar #: 23446
7 Battleground Court
Suite 212
Greensboro, North Carolina 27408
Phone: (336) 510-7904
Fax:    (336) 510-7965
E-mail: oneallaw@triadbiz.rr.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing using the CM/ECF system which will send electronic notification to the following counsel of record:

Heyward Harles Bouknight III

Robinson Bradshaw & Hinson, P.A.
101 North Tryon Street
Suite 1900
Charlotte, NC 28246
hbouknight@rbh.com

Lesli C. Esposito (pro hac vice)
John D. Huh (pro hac vice)
DLA Piper LLP
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, PA 19103
lesli.esposito@dlapiper.com
John.Huh@dlapiper.com

*Counsel for Defendant*

This the 25th day of November, 2013.

/s/ John T. O'Neal
John T. O'Neal--O'Neal Law Office